ND/GA PROB 12C
(6/12)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 28 2013

JAMES N. HATTEN, Clerk
By: Deputy Clerk

## *Amended* Violation Report and Petition For Warrant for Offender Under Supervision

Name of Offender: **Benny Paul**          Docket No. **1:11-CR-00451-CAP**
                                          **UNDER SEAL**

Name of Sentencing Judicial Officer: **Honorable Charles A. Pannell, Jr.**

Date of Original Sentence: **12/16/1998**     Sentencing District: **Western District of Virginia**

Original Offense: **Conspiracy to Distribute Cocaine Base, 21 U. S. C. §846, Distribution of Cocaine Base, 21 U. S. C. § 841(a)(1)**

Original Sentence: **December 16, 1998**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **July 19, 2010**

Date Jurisdiction Transferred: **September 27, 2011**

Assistant U.S. Attorney: **Mary Roemer**     Defense Attorney: **Brice Durham**

---

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The offender has violated the conditions of supervision as follows:

1. **Violation of standard condition: The defendant shall not commit another federal, state, or local crime:**

    On May 22, 2013, Paul committed the offense of the Sell/Transport of Marijuana ( approximately 6 pounds), Possession of Marijuana for Sale, Possession/Use of Marijuana and Possession of Drug Paraphernalia. He was arrested by Yavapai Sheriff's Department in Prescott, Arizona. Xc
    On May 23, 2013, Paul was released on a $2,500 bond. The charges are pending.

2. **<u>Violation of condition #1: The defendant shall not leave the judicial district without permission of the court or probation officer</u>:**

   On or about May 22, 2013, Paul traveled to the District of Arizona, specifically Yavapaico County, Arizona without permission as evidenced by his arrest in Yavapai County, Arizona on the same date.

3. **<u>Violation of condition #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month</u>:**

   Paul failed to submit a written monthly report for the month of May 2013 as directed by the probation officer.

4. **<u>Violation of condition # 11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.</u>**

   On May 30, 2013, this officer was notified via Atlas flash notice that Paul had been arrested on May 22, 2013, by the Yavapai County Sheriff's Office. As of this date, Paul has not advised this officer of his arrest.

5. *<u>Violation of standard condition: The defendant shall not commit another federal, state, or local crime</u>:*

   *On July 31, 2013, in Granville County, North Carolina, Paul committed the offense of Carrying a Concealed Gun, Possession of a Stolen Firearm, Possession of a Firearm by a Felon, and Resisting Public Officer. Sgt. S. R. Spence, with the Granville, County, North Carolina, Sheriff's Office obtained active warrants for the above charges. Paul remains a futigive.*

6. *<u>Violation of condition #1: The defendant shall not leave the judicial district without permission of the court or probation officer</u>:*

   *On or about July 31, 2013, Paul traveled to Granville County, North Carolina, without permission. On July 31, 2013, Paul did unlawfully and willfully resisted arrest, delay and obstruct Sgt. S. R. Spence, a Deputy Sheriff with the Granville, County, North Carolina, Sheriff's Office by jumping and running from a vehicle during the execution of a stop.*

7. **<u>Violation of condition # 11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.</u>**

   *On August 1, 2013, this officer was notified via U. S. Marshal Office that Paul had been stopped and questioned in Granville County, North Carolina. As of this date, Paul has not advised this officer of his being questioned by Sgt. Spence.*

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

On June 30, 2011, the Western District of Virginia was notified that new charges were filed against Paul. He was charged with False Statements and Writings in Atlanta, Georgia on May 17, 2011. Paul admitted to his previous probation officer he did attempt to obtain fraudulent identification in the name of another.

He explained he could not obtain a driver's license in his own name due to $2,000 in outstanding fines in New York State stemming from old traffic violations. Paul surrendered to Fulton County Sheriff Office on July 7, 2011 and was released on a bond.

Paul was allowed to follow through with the state court proceeding without action from the Court in the Western District of Virginia and jurisdiction was transferred to this district on September 27, 2011.

This charge remains pending in Fulton County, Georgia State Court.

**PETITIONING THE COURT TO:**

*Amend* the Petition for Warrant signed by the Court on June 24, 2013, as reflected above and that Benny Paul is brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

_____ 8/20/13
Gail Broadwater          Date
U. S. Probation Officer

_____ 8/20/13
Leigh A. Knight          Date
Supervising U. S. Probation Officer

---

**THE COURT ORDERS:**

☒ The issuance of a Warrant.

☐ No Action

☐ Other

_____          27 Aug 2013
Honorable Charles A. Pannell, Jr.        Date
Senior U. S. District Court Judge